

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Burberry Limited et al | ) | Case No: 14 C 8220 |
| v. | ) | Judge: John W. Darrah |
| The Partnerships & Unincorp. Associations Identified on Schedule "A" | ) | |

### ORDER

Status hearing and ruling on motion hearing held. Plaintiff's motion for entry of default is granted [41]. Enter order. Civil case closed.

(T:) 00:05

Date: 12/11/14  /s/ Judge John W. Darrah